## United States Court of Appeals for the Tenth Circuit
### OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

March 26, 2007

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 26 2007

GREGORY C. LANGHAM
CLERK

NOTIFICATION OF MAILING

Re:   07-1113, United States v. Bratton
      Dist/Ag docket: 05-cr-00035-REB

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL THIS DATE, ADDRESSED AS FOLLOWS:

Mr. Troy A. Eid
U.S. Attorney
United States Attorney's Office
1225 17th Street
#700
Denver, CO 80202

Mr. M. J. Menendez
Office of the United States Attorney
1225 17th Street
Suite 700
Denver, CO 80202

Mr. Kenneth Allen Bratton
USP Florence - High
#33272-013
P.O. Box 7000
Florence, CO 81226

Mr. Gregory C. Langham
Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589

DEPUTY CLERK

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

KENNETH ALLEN BRATTON,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

No. 07-1113

ORDER
Filed March 26, 2007

Before **HENRY, LUCERO,** and **O'BRIEN,** Circuit Judges.

On March 21, 2007, Movant Kenneth Allen Bratton, a federal inmate proceeding pro se, filed a motion in this court seeking authorization to file a second or successive motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255, challenging his March 2006 conviction for being a felon in possession of a firearm. Mr. Bratton's motion and a review of the district court docket, demonstrate that he has not previously filed a § 2255 motion challenging this conviction. Absent such a "prior application," 28 U.S.C. § 2244(a), Mr. Bratton does not need authorization from a circuit court to pursue relief under § 2255 in the district court. The instant application is therefore dismissed as unnecessary. We take no position on the merits or timeliness of the claims he

seeks to present, which are not properly before us. The proper forum for Mr. Bratton to seek § 2255 relief is the United States District Court for the District of Colorado.

The application is DISMISSED as unnecessary.

Entered for the Court<br>
ELISABETH A. SHUMAKER, Clerk<br><br>
By: [signature]<br>
Deputy Clerk