**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01657-REB
(Criminal Action No. 05-cr-00035-REB-01)

UNITED STATES OF AMERICA,

    Petitioner,

v.

KENNETH ALLEN BRATTON,

    Respondent.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order of Judge Robert E. Blackburn entered on June 24, 2014 it is

    ORDERED that the Motion Under 28 U.S.C. § 2255(f)(3) to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [88] filed June 13, 2014, is denied; and it is further

    ORDERED that no certificate of appealability will issue and it is further

    ORDERED that the corresponding civil action is dismissed with prejudice.

    Dated at Denver, Colorado this 24th day of June, 2014.

                                               FOR THE COURT:
                                               JEFFREY P. COLWELL, CLERK

By:  s/   K Lyons

K Lyons
Deputy Clerk