**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00035-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH ALLEN BRATTON,

    Defendant.

## ORDER DENYING MOTION TO RECONSIDER

**Blackburn, J.**

The matter before me is defendant's **Movant's Motion to Reconsider** [#87][1] filed May 5, 2014.[2] Defendant seeks reconsideration of my Order [#86] filed April 16, 2014, denying his motions [#80 & #84] to compel production of his presentence report. I deny the motion.

The defendant is proceeding *pro se*. Thus, I construe his papers liberally. *See Erickson v. Pardus*, 551 U.S. 89, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972)).

A motion to reconsider may be granted when the court has misapprehended the facts, a party's position, or the law. *Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir.2000). Specific grounds include: "(1) an intervening change in the controlling

---

[1] "[#87]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] Motions to reconsider are proper in criminal cases even though the Federal Rules of Criminal Procedure do not specifically provide for them. Id. at 1241–42; see United States v. Healy, 376 U.S. 75, 78, 84 S.Ct. 553, 11 L.Ed.2d 527 (1964). A district court should have the opportunity to correct alleged errors in its dispositions. See United States v. Dieter, 429 U.S. 6, 8, 97 S.Ct. 18, 50 L.Ed.2d 8 (1976).*U.S. v. Christy*, 739 F.3d 534, 539 (10th Cir. 2014)

law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice." *Id. See also U.S. v. Christy*, 739 F.3d 534, 539 (10th Cir. 2014) (*accord*). Here the defendant has not circumstantiated any recognized ground for reconsideration. Thus, the motion should be denied.

**THEREFORE, IT IS ORDERED** that the **Movant's Motion to Reconsider** [#87] filed May 5, 2014, is **DENIED.**

Dated August 20, 2014, at Denver, Colorado.

**BY THE COURT:**

*[signature]*

Robert E. Blackburn
United States District Judge